**Electronically Filed**
**Supreme Court**
**SCWC-21-0000530**
**13-JUN-2023**
**10:17 AM**
**Dkt. 5 OGAC**

SCWC-21-0000530

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

MICHAEL PICKELL, Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-21-0000530; CASE NO. 2DTA-21-00138)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna and Eddins, JJ., and
Circuit Judge Toʻotoʻo and Circuit Judge Ashford,
assigned by reason of vacancies)

The application for writ of certiorari filed on May 1, 2023, by Petitioner/Defendant-Appellant Michael Pickell, is hereby accepted and will be scheduled for oral argument. The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawaiʻi, June 13, 2023.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Faʻauuga L. Toʻotoʻo

/s/ James H. Ashford

